UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 11-1626 FMO (CWx)** | Date | **April 2, 2014** |
|---|---|---|---|
| Title | **Housing Auth. of the City of Los Angeles v. PCC Technical, Inc., et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | | |
|---|---|---|---|
| Vanessa Figueroa | None | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal of Claim Seven

On October 4, 2013, plaintiff filed the Fifth Amended Complaint in this court. However, the court does not believe that it can exercise supplemental jurisdiction over claim seven (7) pursuant to 28 U.S.C. § 1367.  A district court may only assert supplemental jurisdiction over claims between non-diverse parties whose claims arise out of the 'same transaction or occurrence' as the claim over which the court has unquestioned federal jurisdiction." Great Am. Ins. Co. v. Chang, 2013 WL 1632669, *3 (N.D. Cal. 2013) (quoting Hartford Acc. & Indem. Co. v. Sullivan, 846 F.2d 377, 381-82 (7th Cir. 1988)).

Accordingly, IT IS ORDERED that:

1. No later than **April 9, 2014,** plaintiff shall show cause in writing why this claim should be retained pursuant to the court's supplemental jurisdiction.  Failure to submit a response by the deadline set forth above may be deemed as consent to the dismissal of the claim without prejudice. Defendants may submit a response in the same time period.

2. A copy of all papers filed with the court shall be delivered to the drop box outside chambers at Suite 520, Spring Street Courthouse, 312 North Spring Street, **no later than 12:00 noon the following business day**.  All chambers copies shall comply fully with the document formatting requirements of Local Rule 11-3, including the "backing" requirements of Local Rule 11-3.5.  Counsel may be subject to sanctions for failure to deliver a mandatory chambers copy in full compliance with this Order and Local Rule 11-3.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | vdr | | |