JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSING AUTHORITY OF THE CITY OF LOS ANGELES,<br><br>    Plaintiff,<br><br>    v.<br><br>PCC TECHNICAL INDUSTRIES, INC., et al.,<br><br>    Defendants. | Case No. CV 11-1626 FMO (MRWx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Settling Defendants' Joint Motion for Determination of Good Faith Settlement, issued contemporaneously with the filing of this Judgment, and the court's other orders dismissing parties from this action, (see Dkt. 507, Court's Order of July 18, 2014; Dkt. 514, Court's Order of August 1, 2014; Dkt. 520, Court's Order of August 18, 2014; Dkt. 605, Court's Order of November 10, 2014; Dkt. 633, Court's Order of December 1, 2014; Dkt. 652, Court's Order of December 9, 2014; Dkt. 768, Court's Order of February 5, 2015), IT IS ADJUDGED THAT the above-captioned action is **dismissed with prejudice**.

Dated this 8th day of March, 2017.

                                                           /s/
                                      Fernando M. Olguin
                                United States District Judge